## HACKLEY v. CRAIG.

### March 21, 1884.

#### 3 Pac. 494.

**Appeal.—The Supreme Court has No Jurisdiction Over an Appeal** from a judgment of the superior court affirming a judgment in the justice's court for a sum within its jurisdiction.

This was an action originally commenced in the justice's court of the city and county of San Francisco. Judgment was rendered for the plaintiff for the sum of one hundred and eighty dollars, with interest and costs. Defendant appealed to the superior court, and this judgment was there affirmed. An appeal is taken from this judgment of the superior court.

J. H. Meredith for appellant; York & Whitworth for respondent.

By the COURT.—This court has no jurisdiction of this appeal. Appeal dismissed.